**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Luis Leonardo Constantino Gomez
                        Plaintiff,

v.                                                 Case No.: 1:25−cv−15300
                                                Honorable John J. Tharp Jr.

Samuel Olson
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 31, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons set forth in the accompanying Memorandum Opinion, the petition for a writ of habeas corpus [1] is granted in part. If the petitioner has not already obtained a bond hearing when this ruling is issued, the petitioner must be provided with a bond hearing before an Immigration Judge within five days. Absent a timely bond hearing, the respondent is directed to release the petitioner under reasonable conditions of supervision until such a bond hearing has been provided. The parties are directed to file a status report upon the occurrence of a bond hearing or the petitioner's release. The Clerk is directed to terminate Respondents Sam Olson, Kristi Noem and Pamela Bondi and alter the case caption to reflect that the proper Respondent is Jason Maydak. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.